# United States District Court

## Eastern District of California

OCT - 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

**ANTHONY DAVID ESPEJO**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For Revocation of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:05CR00317-01**

Dennis Waks, Asst. Federal Defender

Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to violation of charge(s) 1, 2 & 3 as alleged in the violation petition filed on 1/6/05 .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Complete Residential Drug Treatment Program | 11/08/04 |
| 2 | Failure to Notify the Probation Officer Ten Days Prior to Any Change in Residence | 11/08/04 |
| 3 | Association with a Convicted Felon | 11/08/04 |

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 6/9/04 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

9/28/05

Date of Imposition of Sentence

Signature of Judicial Officer

**WILLIAM B. SHUBB**, United States District Judge

Name & Title of Judicial Officer

10/4/2005

Date

CASE NUMBER:       2:05CR00317-01                                                                Judgment - Page 2 of 2
DEFENDANT:         ANTHONY DAVID ESPEJO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

Concurrent to the sentence imposed in 2:93CR00044-04

[✓]    The court makes the following recommendations to the Bureau of Prisons:
       The Court recommends that the defendant be incarcerated in a facility in or near Oklahoma, but only insofar as
       this accords with security classification and space availability.  Additionally, the Court recommends the defendant
       not be returned to the federal correctional institution in Phoenix, AZ.

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal